852

No. 91–8618. SAYLOR v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–8620. CLAYTON v. BOARD OF REGENTS OF THE STATE OF FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–8621. COTTEN v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 91–8622. OGBUAGU v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 91–8623. CANTY v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 91–8624. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8625. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8626. EMBREY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8627. JACKSON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–8629. HOFFMAN v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8630. HICKS v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–8631. JONES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 91–8633. JACKSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8634. ESPENSHADE v. DEPARTMENT OF THE ARMY ET AL. C. A. D. C. Cir. Certiorari denied.